USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JASON GOULD, *et al.*,                          :
                                                :
                                  Plaintiffs,   :
                                                :                    1:26-cv-1330-GHW
                     -against-                   :
                                                :                    ORDER
ZACHARY SHAPIRO,                                :
                                                :
                                  Defendant.    :
                                                :
-------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

In the Court's order dated February 19, 2026, Dkt. No. 8, the parties were directed to submit

a joint status letter and proposed case management plan to the Court no later than April 24, 2026.

The Court has not received the joint status letter or proposed case management plan.  The parties

are directed to comply with the Court's February 19, 2026 order forthwith and in any event no later

than April 28, 2026.

SO ORDERED.

Dated:  April 27, 2026
New York, New York                                    _____
                                                          GREGORY H. WOODS
                                                       United States District Judge