**TRAUB** LIEBERMAN

445 Hamilton Avenue | Suite 900 | White Plains, New York 10601
DIRECT (914) 586-7009 | MAIN (914) 347-2600 | FAX (914) 347-8898

Lisa L. Shrewsberry | Partner | lshrewsberry@tlsslaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/28/2026

**MEMORANDUM ENDORSED**

April 28, 2026

United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2260
New York, New York  10007

Attention:  Hon. Gregory H. Woods

Application denied.  The initial pretrial conference scheduled for May 1, 2026 will go forward as scheduled.  The parties are directed to comply with the Court's February 19, 2026 order, Dkt. No. 8, forthwith and in any event no later than April 30, 2026.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 23.

SO ORDERED.

Dated:  April 28, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge

Re:    ***Jason Gould, et ano. v. Zachary Shapiro***
       Case No.: 1:26-cv-1330-GHW

Dear Judge Woods:

     We represent the defendant in this matter.  Last week plaintiff's counsel requested an adjournment of the date by which they must oppose our motion to dismiss the complaint.  We agreed, and requested that in such application to the Court they also request an adjournment of the preliminary conference deadline/dates.  They agreed to same.

     However, no such adjournment was requested, and yesterday Your Honor ordered that our joint letter and proposed case management plan be filed today.  I contacted plaintiff's counsel this morning and was advised that they would prepare a draft of such documents right away.  The partner in charge of the case, Peter Rydell, has not been available for any sort of discussion today, and I have spoken to two other lawyers at his firm who are not primary counsel, therefore it has not been productive.  Moreover, it is now after 3:30 PM and I have received nothing from plaintiff.

     On behalf of the defendant, we respectfully request an adjournment of the preliminary conference deadlines and date, so that we may meaningfully engage in the required collaborative process. We respectfully request that such dates be adjourned until after our motion to dismiss is fully briefed.

                    Respectfully submitted,

                    *Lisa L. Shrewsberry*

                    Lisa L. Shrewsberry

cc:    All Parties via ECF